1 | Ryan J. Lorenz – #8165
**CLARK HILL PLC**
2 | 3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV  89169
3 | Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
4 | Email: rlorenz@clarkhill.com

*Attorneys for Defendant DWWNVJHF, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DUANE CHRISTY, | Case No. 2:18-cv-00227-APG-VCF |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| DWWNVJHF, LLC d/b/a DAVID WILSON'S TOYOTA OF LAS VEGAS, DAVID WILSON'S TOYOTA OF LAS VEGAS AND JOHN DOES 1 THROUGH 10, Inclusive, | |
| Defendants. | |

This matter came before the court on the stipulation to dismiss with prejudice.  The court notes that none of the fictitiously named Defendants were served.  As against them, Plaintiff's complaint has abated.  Good cause appearing from the stipulation,

IT IS ORDERED, ADJUDGED AND DECREED dismissing the Plaintiff's complaint with prejudice with each party to bear their respective costs and fees. The court notes that this action was filed as a class action, but that dismissal is permitted by Fed. R. Civ. P. 23(e) without court approval since a class was not certified.

THE COURT FURTHER FINDS that all parties have signed the stipulation who have appeared under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

219468615.1 49049/325334

IT IS FURTHER ORDERED that all parties bear their respective fees and costs.

Dated: April 5, 2018.

_____
Honorable Andrew P. Gordon
Judge of the United States District Court

219468615.1 49049/325334